IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO STATE INVESTMENT COUNCIL,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BOFA SECURITIES, INC.; BARCLAYS PLC; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS S.A.; BNP PARIBAS SECURITIES CORP.; CITIGROUP, INC.; CITIBANK N.A.; CITIGROUP GLOBAL MARKETS INC.; CITIGROUP GLOBAL MARKETS LIMITED; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE CAPITAL LLC; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; GOLDMAN SACHS GROUP, INC.; GOLDMAN SACHS & CO. LLC; GOLDMAN SACHS INTERNATIONAL; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; MORGAN STANLEY CAPITAL SERVICES, LLC; NATWEST GROUP PLC; NATWEST MARKETS PLC; NATWEST MARKETS SECURITIES, INC.; THE INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, INC.; CREDITEX GROUP INC; IHS MARKIT, LTD.; and JANE DOES 1-100,<br><br>    Defendants. | Case No. 1:21-cv-00606-KG-JFR |

## ORDER GRANTING UNOPPOSED MOTION FOR THE ADJOURNMENT OF DEADLINES TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

THIS MATTER having come before the Court on Defendants Barclays Capital Inc.'s, Barclays Bank PLC's, Bank of America, N.A.'s, Bank of America Corporation's, and BofA Securities, Inc.'s Unopposed Motion for the Adjournment of Deadlines to Answer or Otherwise Respond to Plaintiff's Class Action Complaint (ECF No. 1), and the Court having considered the Motion and being advised it is unopposed, hereby enters its Order GRANTING the Motion.

Thus, any deadlines for Barclays Capital Inc., Barclays Bank PLC, Bank of America, N.A., Bank of America Corporation, and BofA Securities, Inc. to answer or otherwise respond to Plaintiff's Class Action Complaint are adjourned *sine die*.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

*/s/ Douglas A. Baker*
Douglas A. Baker
Justin D. Rodriguez
ATKINSON, BAKER & RODRIGUEZ, P.C.
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
Telephone: (505) 764-8111
Facsimile: (505) 764-8374
dbaker@abrfirm.com
jrodriguez@abrfirm.com

Jeffrey T. Scott (*pro hac vice* forthcoming)
Matthew J. Porpora (pro hac vice forthcoming)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

Renata B. Hesse  (*pro hac vice* forthcoming)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW Suite 700
Washington, DC  20006-5215
Telephone: (202) 956-7500
Facsimile:  (202) 293-6330
hesser@sullcrom.com

*Attorneys for Defendants Barclays PLC, Barclays Bank PLC and Barclays Capital Inc.*

**APPROVED BY:**

Paul S. Mishkin (*pro hac vice* forthcoming)
Sheila R. Adams (*pro hac vice* forthcoming)
Arthur J. Burke (*pro hac vice* forthcoming)
Adam G. Mehes (*pro hac vice* forthcoming)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-4800
paul.mishkin@davispolk.com
sheila.adams@davispolk.com
arthur.burke@davispolk.com
adam.mehes@davispolk.com

Gregory J. Marshall
SNELL & WILMER LLP
201 Third Street N.W. #500
Albuquerque, New Mexico  87102
Telephone: (602) 382-6514
Facsimile: (602) 382-6070
gmarshall@swlaw.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and BofA Securities, Inc.*

**APPROVED BY:**

OFFICE OF THE NEW MEXICO ATTORNEY GENERAL
HECTOR BALDERAS, ATTORNEY GENERAL

*/s/ Electronically approved by Karen M. Lerner on 8/4/21*
P. Cholla Khoury, Assistant Attorney General
Director, Consumer and Environmental Protection
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Telephone: (505) 490-4052
Facsimile: (505) 318-1007
ckhoury@nmag.gov


David E. Kovel (*pro hac vice forthcoming*)
Thomas Popejoy (*pro hac vice forthcoming*)
Karen M. Lerner *(pro hac vice forthcoming)*
Anthony E. Maneiro *(pro hac vice forthcoming)*
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
dkovel@kmllp.com
tpopejoy@kmllp.com
klerner@kmllp.com
amaneiro@kmllp.com