**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| NEW MEXICO STATE INVESTMENT COUNCIL, | CASE NO.: 1:21-cv-00606-KG-JFR |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BOFA SECURITIES, INC.; BARCLAYS PLC; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS S.A.; BNP PARIBAS SECURITIES CORP.; CITIGROUP, INC.; CITIBANK N.A.; CITIGROUP GLOBAL MARKETS INC.; CITIGROUP GLOBAL MARKETS LIMITED; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE CAPITAL LLC; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; GOLDMAN SACHS GROUP, INC.; GOLDMAN SACHS & CO. LLC; GOLDMAN SACHS INTERNATIONAL; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; MORGAN STANLEY CAPITAL SERVICES, LLC; NATWEST GROUP PLC; NATWEST MARKETS PLC; NATWEST MARKETS SECURITIES, INC.; THE INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, INC.; CREDITEX GROUP INC; IHS MARKIT, LTD.; and JANE DOES 1-100, | |
| Defendants. | |

## NOTICE OF CERTIFICATION

Jeanne Y. Sohn of the law firm of Snell & Wilmer, L.L.P., hereby certifies that Adam G. Mehes of the law firm of Davis Polk & Wardwell LLP is a member in good standing of the New York State Bar.

Dated this 12th day of August, 2021.

Respectfully Submitted,

SNELL & WILMER L.L.P.

By:    */s/ Jeanne Y. Sohn*
Gregory J. Marshall
Jeanne Y. Sohn
201 Third St. NW, Suite 500
Albuquerque, NM  87102
Telephone: (602) 382-6000
gmarshall@swlaw.com
jysohn@swlaw.com
*Counsel for Defendants Bank of America, N.A.,*
*Bank of America Corporation, and BofA Securities,*
*Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

On August 12, 2021, a true and correct copy of the foregoing document was served on counsel electronically through the Court's CM/ECF system.


*/s/ Jeanne Y. Sohn*