IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO STATE INVESTMENT COUNCIL,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BOFA SECURITIES, INC.; BARCLAYS PLC; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS S.A.; BNP PARIBAS SECURITIES CORP.; CITIGROUP, INC.; CITIBANK N.A.; CITIGROUP GLOBAL MARKETS INC.; CITIGROUP GLOBAL MARKETS LIMITED; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE CAPITAL LLC; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; GOLDMAN SACHS GROUP, INC.; GOLDMAN SACHS & CO. LLC; GOLDMAN SACHS INTERNATIONAL; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; MORGAN STANLEY CAPITAL SERVICES, LLC; NATWEST GROUP PLC; NATWEST MARKETS PLC; NATWEST MARKETS SECURITIES, INC.; THE INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, INC.; CREDITEX GROUP INC; IHS MARKIT, LTD.; and JANE DOES 1-100,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-00606-KG-JFR |

# ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

THIS MATTER having come before the Court on Defendants NatWest Group Plc, NatWest Markets Plc, NatWest Markets Securities Inc., and the International Swaps and Derivatives Association, Inc.'s Unopposed Motion to Extend Deadlines to Answer or Otherwise Respond to Plaintiff's Class Action Complaint [Doc. 1], and the Court having considered the Motion and being advised it is unopposed, hereby enters its Order GRANTING the Motion.

Thus, any deadlines for NatWest Group Plc, NatWest Markets Plc, NatWest Markets Securities Inc., and the International Swaps and Derivatives Association, Inc. to answer or otherwise respond to Plaintiff's Class Action Complaint are extended while Plaintiffs work to effect service on all Defendants.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

-3-

**SUBMITTED BY:**

RODEY, DICKASON, SLOAN, AKIN, &
ROBB, P.A.

By: */s/ Andrew G. Schultz*
      Andrew G. Schultz
201 Third St. NW, Suite 2200
Albuquerque, NM  87102
Telephone:    (505) 768-7205
Email:            aschultz@rodey.com

James R. Warnot, Jr.(*pro hac vice* forthcoming)
Patrick C. Ashby (*pro hac vice* forthcoming)
Nicole E. Jerry (*pro hac vice* forthcoming)
LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicole.jerry@linklaters.com

Adam S. Lurie (*pro hac vice* forthcoming)
LINKLATERS LLP
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

*Attorneys for Defendants NatWest Group plc (f/k/a Royal Bank of Scotland Group plc), NatWest Markets plc (f/k/a Royal Bank of Scotland plc), and Natwest Markets Securities Inc. (f/k/a RBS Securities Inc.)*

By: */s/ Jessica M. Hernandez*
      Jessica M. Hernandez
KENNEDY, HERNANDEZ &
ASSOCIATES, P.C.
201 Twelfth Street NW
Albuquerque, New Mexico 87102
Telephone: (505) 842-8662
jhernandez@kennedyhernandez.com

Abram J. Ellis (*pro hac vice*)
Jonathan D. Porter (*pro hac vice*)
Avia Gridi (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500
aellis@stblaw.com
jporter@stblaw.com
avia.gridi@stblaw.com

Alan C. Turner (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2472
aturner@stblaw.com

*Attorneys for Defendant International Swaps and Derivatives Association, Inc.*

-4-

**APPROVED BY:**

OFFICE OF THE NEW MEXICO ATTORNEY GENERAL
HECTOR BALDERAS, ATTORNEY GENERAL

   */s/ Electronically Approved 08/09/2021*
P. Cholla Khoury, Assistant Attorney General
Director, Consumer and Environmental Protection
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Telephone: (505) 490-4052
Facsimile: (505) 318-1007
ckhoury@nmag.gov