# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO STATE INVESTMENT
COUNCIL,

     Plaintiff,

  v.

BANK OF AMERICA CORPORATION; BANK
OF AMERICA, N.A.; BOFA SECURITIES,
INC.; BARCLAYS PLC; BARCLAYS BANK
PLC; BARCLAYS CAPITAL INC.; BNP
PARIBAS S.A.; BNP PARIBAS SECURITIES
CORP.; CITIGROUP, INC.; CITIBANK N.A.;
CITIGROUP GLOBAL MARKETS INC.;
CITIGROUP GLOBAL MARKETS LIMITED;
CREDIT SUISSE GROUP AG; CREDIT
SUISSE AG; CREDIT SUISSE SECURITIES
(USA) LLC; CREDIT SUISSE CAPITAL LLC;
CREDIT SUISSE INTERNATIONAL;
DEUTSCHE BANK AG; DEUTSCHE BANK
SECURITIES INC.; GOLDMAN SACHS
GROUP, INC.; GOLDMAN SACHS & CO.
LLC; GOLDMAN SACHS INTERNATIONAL;
J.P. MORGAN CHASE & CO.; J.P. MORGAN
CHASE BANK, N.A.; J.P. MORGAN
SECURITIES LLC; MORGAN STANLEY;
MORGAN STANLEY & CO., LLC; MORGAN
STANLEY & CO. INTERNATIONAL PLC;
MORGAN STANLEY CAPITAL SERVICES,
LLC; NATWEST GROUP PLC; NATWEST
MARKETS PLC; NATWEST MARKETS
SECURITIES, INC.; THE INTERNATIONAL
SWAPS AND DERIVATIVES ASSOCIATION,
INC.; CREDITEX GROUP INC; IHS MARKIT,
LTD.; and JANE DOES 1-100,

     Defendants.

Case No. 1:21-cv-00606-KG-JFR

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND
DEADLINES TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S CLASS ACTION COMPLAINT**

THIS MATTER having come before the Court on Defendants Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Limited's Unopposed Motion to Extend Deadlines to Answer or Otherwise Respond to Plaintiff's Class Action Complaint (ECF No. 1), and the Court having considered the Motion and being advised it is unopposed, hereby enters its Order GRANTING the Motion.

Thus, any deadlines for Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Limited to answer or otherwise respond to Plaintiff's Class Action Complaint are extended while Plaintiff works to effect service on all Defendants.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

/s/ Eric R. Burris
Eric R. Burris
Debashree Nandy
BROWNSTEIN HYATT FARBER SCHRECK, LLP
201 Third St. NW, Suite 1800
Albuquerque, NM 87102
Telephone: (505) 724-9563
Email: eburris@bhfs.com; rnandy@bhfs.com

Jay B. Kasner (*pro hac vice* forthcoming)
Karen Hoffman Lent (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:  (917) 777-3000
Email: Jay.Kasner@skadden.com; Karen.Lent@skadden.com

*Attorneys for Defendants Citigroup Inc.; Citibank, N.A.,*
*Citigroup Global Markets Inc., and Citigroup Global Markets*
*Ltd.*


**APPROVED BY:**

OFFICE OF THE NEW MEXICO ATTORNEY GENERAL
HECTOR BALDERAS, ATTORNEY GENERAL

*/s/ Cholla Khoury*
P. Cholla Khoury, Assistant Attorney General
Director, Consumer and Environmental Protection
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Telephone: (505) 490-4052
Facsimile: (505) 318-1007
ckhoury@nmag.gov