## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO STATE INVESTMENT COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BOFA SECURITIES, INC.; BARCLAYS PLC; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS S.A.; BNP PARIBAS SECURITIES CORP.; CITIGROUP, INC.; CITIBANK N.A.; CITIGROUP GLOBAL MARKETS INC.; CITIGROUP GLOBAL MARKETS LIMITED; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE CAPITAL LLC; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; GOLDMAN SACHS GROUP, INC.; GOLDMAN SACHS & CO. LLC; GOLDMAN SACHS INTERNATIONAL; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; MORGAN STANLEY CAPITAL SERVICES, LLC; NATWEST GROUP PLC; NATWEST MARKETS PLC; NATWEST MARKETS SECURITIES, INC.; THE INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, INC.; CREDITEX GROUP INC; IHS MARKIT, LTD.; and JANE DOES 1-100,<br><br>Defendants. | Case No. 1:21-cv-00606-KG-JFR |

## ORDER GRANTING *UNOPPOSED* MOTION TO EXTEND DEADLINES
## TO ANSWER OR OTHERWISE RESPOND TO
## PLAINTIFF'S CLASS ACTION COMPLAINT

**THIS MATTER** having come before the Court on Defendants Morgan Stanley, Morgan

Stanley & Co. LLC, Morgan Stanley Capital Services LLC, and BNP Paribas Securities Corp.'s

Unopposed Motion to Extend Deadlines to Answer or Otherwise Respond to Plaintiff's Class

Action Complaint (Doc. 1) ("Unopposed Motion"), and the Court having considered the

Unopposed Motion and being advised it is unopposed, finds that the Unopposed Motion is well

taken and should be granted.

**IT IS THEREFORE ORDERED THAT** the Unopposed Motion is **GRANTED**. Thus,

any deadlines for Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley Capital

Services LLC, and BNP Paribas Securities Corp. to answer or otherwise respond to Plaintiff's

Class Action Complaint are extended while Plaintiff works to effect service on all Defendants.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

/s/ John C. Anderson

John C. Anderson
HOLLAND & HART LLP
   110 N. Guadalupe St., Suite 1
      Santa Fe, NM 87507
         (505) 954-7290
            JCAnderson@hollandhart.com

Michael A. Paskin (*pro hac vice* forthcoming)
Lauren M. Rosenberg (*pro hac vice* forthcoming)
CRAVATH, SWAINE & MOORE LLP
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019
            (212) 474-1000
               mpaskin@cravath.com
               lrosenberg@cravath.com

*Attorneys for Defendants Morgan Stanley, Morgan
Stanley & Co. LLC, and Morgan Stanley Capital
Services LLC*

Andrew G. Schultz
RODEY, DICKASON, SLOAN, AKIN
& ROBB, P.A.
   P.O. Box 1888
      Albuquerque, NM 87103-1888
         (505) 765-5900
            aschultz@rodey.com

Josh Goldberg (*pro hac vice* forthcoming)
Amy Vegari (*pro hac vice* forthcoming)
PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
      New York, NY 10036
         (212) 336-2216
            jgoldberg@pbwt.com
            avegari@pbwt.com

*Attorneys for Defendant BNP Paribas Securities
Corp.*

**APPROVED BY:**

*/s/ P. Cholla Khoury*
OFFICE OF THE NEW MEXICO ATTORNEY GENERAL
HECTOR BALDERAS, ATTORNEY GENERAL
    P. Cholla Khoury, Assistant Attorney General
        Director, Consumer and Environmental Protection
            Post Office Drawer 1508
                Santa Fe, NM 87504-1508
                    (505) 490-4052
                    ckhoury@nmag.gov

David E. Kovel (*pro hac vice* forthcoming)
Thomas Popejoy (*pro hac vice* forthcoming)
Karen M. Lerner (*pro hac vice* forthcoming)
Anthony E. Maneiro (*pro hac vice* forthcoming)
KIRBY McINERNEY LLP
    250 Park Avenue, Suite 820
        New York, NY 10177
            (212) 371-6600
            dkovel@kmllp.com
            tpopejoy@kmllp.com
            klerner@kmllp.com
            amaneiro@kmllp.com

*Attorneys for Plaintiff New Mexico State Investment Council*