IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO STATE
INVESTMENT COUNCIL,

    Plaintiff,                                            CV No. 21-606 KG/JFR

v.

BANK OF AMERICA CORP., *et al.*,

    Defendants.

## ORDER SETTING DEADLINES FOR RESPONSIVE PLEADINGS

This matter is before the Court on Defendants' joint motions to extend the time to respond to Plaintiff's Complaint (Doc. 1). Recently, the Court granted Defendants' request to extend their response deadlines. *See* (Docs. 22, 56, 57, 58). The Court now enters this Order to further detail the parties' upcoming deadlines.

After Plaintiff timely effects service on all remaining Defendants, Plaintiff is directed to file a Notice with the Court that service is complete. Upon entry of Plaintiff's Notice, Defendants shall file a response to Plaintiff's Complaint (Doc. 1) within 21 days. *See* Fed. Rules Civ. Pro 4(m), 12(a)(1).

IT IS ORDERED.

_____
UNITED STATES DISTRICT JUDGE