IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO STATE INVESTMENT COUNCIL,<br><br>                  Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BOFA SECURITIES, INC.; BARCLAYS PLC; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS S.A.; BNP PARIBAS SECURITIES CORP.; CITIGROUP, INC.; CITIBANK N.A.; CITIGROUP GLOBAL MARKETS INC.; CITIGROUP GLOBAL MARKETS LIMITED; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE CAPITAL LLC; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC,; GOLDMAN SACHS GROUP, INC.; GOLDMAN SACHS & CO. LLC; GOLDMAN SACHS INTERNATIONAL; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO. LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; MORGAN STANLEY CAPITAL SERVICES LLC; NATWEST GROUP PLC; NATWEST MARKETS PLC; NATWEST MARKETS SECURITIES, INC.; THE INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, INC.; CREDITEX GROUP INC; IHS MARKIT LTD.; and JANE DOES 1-100,<br><br>                  Defendants. | Case No.: 1:21-cv-00606-KG-JFR |

**STIPULATION AND ORDER REGARDING SERVICE AND
TIME TO RESPOND TO THE COMPLAINT**

Plaintiff New Mexico State Investment Council and defendants Bank of America Corporation, Bank of America, N.A., BofA Securities, Inc., Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., BNP Paribas S.A., BNP Paribas Securities Corp., Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., Citigroup Global Markets Limited, Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Capital LLC, Credit Suisse International, Deutsche Bank AG, Deutsche Bank Securities Inc., The Goldman Sachs Group, Inc.[1], Goldman Sachs & Co. LLC, Goldman Sachs International, JPMorgan Chase & Co., J.P. Morgan Chase Bank, N.A., J.P. Morgan Securities LLC, Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc, Morgan Stanley Capital Services LLC, NatWest Group Plc, NatWest Markets Plc, NatWest Markets Securities Inc., International Swaps and Derivatives Association, Inc., Creditex Group Inc., and IHS Markit Ltd. (together, "Defendants") by and through their respective undersigned counsel, subject to this Court's approval and to the reservation of rights contained below, agree and stipulate as follows:

WHEREAS, on June 30, 2021, Plaintiff New Mexico State Investment Council commenced the above-captioned action (the "Action") by filing a complaint (the "Complaint");

WHEREAS, on or after July 9, 2021, the Court issued a Summons directed to Defendants named in the Complaint (the "Summons"), and Plaintiff has subsequently commenced efforts to effect service of process upon Defendants;

---

[1] Plaintiff incorrectly named "Goldman Sachs Group, Inc." in its Complaint, Defendants have listed the correct name of the entity, which is The Goldman Sachs Group, Inc.

WHEREAS, Defendants have agreed to accept service of the Summons and Complaint subject to the terms and conditions of the stipulation, as set forth below; and

WHEREAS, Plaintiff and Defendants have agreed to the below schedule for Defendants to respond to the Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The undersigned counsel agree to accept service of the Summons and Complaint in the above-captioned lawsuit on behalf of Defendants, expressly reserving the right to contest whether any party in the Complaint is properly named and without waiver of any defenses (including those related to lack of personal or subject matter jurisdiction, lack of standing, and improper venue) except as to the sufficiency of process and the service of process.

2. Defendants' time to answer, move against, or otherwise respond to the Complaint is suspended pending: (1) an entry of an Order by the Court to appoint interim lead counsel pursuant to Federal Rule of Civil Procedure 23(g) and/or (2) the filing of a Consolidated Amended Complaint, if any.

3. The parties agree Defendants will have up to sixty (60) days from the date on which the Court enters an Order on Plaintiff's Motion for Interim Lead Counsel or Plaintiff's Consolidated Amended Complaint is filed, whichever occurs later, to answer, move against, or otherwise respond to the Complaint.

4. Plaintiff will have up to sixty (60) days from the date on which Defendants move against the Complaint to serve and file any opposition memorandum.

5. Defendants will have up to thirty (30) days from the date on which any opposition memorandum is filed to serve and file their reply memorandum and submit a notice of completion of briefing.

6. Discovery is stayed pending resolution of any and all Defendants' forthcoming dismissal motion(s); except that, (1) if any Defendant moves to dismiss the Complaint on the ground that this Court lacks personal jurisdiction as to it pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Plaintiff may seek leave of Court to conduct jurisdictional discovery with respect to that Defendant and additional time to file its opposition(s) to the Rule 12(b)(2) motion(s) to dismiss in order to conduct such discovery, or (2) if any Defendant relies on material outside the Complaint that is not publicly available in filing a motion to dismiss under grounds other than Rule 12(b)(2) of the Federal Rules of Civil Procedure or any other motion, Plaintiff may seek leave to conduct merits discovery with respect to that material and additional time to file its opposition(s) to any such motions in order to conduct such discovery. Defendants reserve the right to oppose any motion by Plaintiff seeking leave of Court to conduct jurisdictional discovery or merits discovery under these circumstances.

7. If Plaintiff elects to amend the Complaint in response to the filing of any motion(s) to dismiss, Plaintiff shall notify Defendants no later than thirty (30) days before the date on which Plaintiff's opposition memorandum is due and at that point, the parties shall meet and confer in good faith regarding a new schedule in this action.

8. If Defendants move to transfer the Action pursuant to 28 U.S.C § 1404, or any other such provision, Defendants will have up to sixty (60) days from the date on which the

Court enters an Order on Plaintiff's Motion for Interim Lead Counsel or Plaintiff's Consolidated Amended Complaint is filed, whichever occurs later, to file such motion.

9. Plaintiff will have up to sixty (60) days from the date on which Defendants move to transfer the Action to serve and file any opposition memorandum.

10. Defendants will have up to thirty (30) days from the date on which any opposition memorandum is filed to serve and file their reply memorandum and submit a notice of completion of briefing, if any.

11. This stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile or .pdf form, each of which shall be deemed an original. This stipulation, once fully executed, may be submitted to the Court without further notice to any party.

12. This stipulation supersedes and takes the place of any previous order entered by the Court extending the deadlines for any Defendant to answer or otherwise respond to Plaintiffs' complaint, and the parties agree not to submit any additional motions seeking such relief other than a motion to amend or modify this stipulation.

SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE

OFFICE OF THE ATTORNEY GENERAL
HECTOR BALDERAS, ATTORNEY GENERAL


*Electronically Approved 08/19/2021*        .
P. Cholla Khoury, Assistant Attorney General
Director, Consumer and Environmental Protection
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Telephone:    (505) 490-4052
Facsimile:    (505) 318-1007
ckhoury@nmag.gov

David E. Kovel (*pro hac vice forthcoming*)
Thomas Popejoy (*pro hac vice forthcoming*)
Karen M. Lerner (*pro hac vice forthcoming*)
Anthony E. Maneiro (*pro hac vice forthcoming*)
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, NY 10177
Telephone:    (212) 371-6600
dkovel@kmllp.com
tpopejoy@kmllp.com
klerner@kmllp.com
amaneiro@kmllp.com

Richard J. Leveridge (*pro hac vice forthcoming*)
Adam H. Farra (*pro hac vice forthcoming*)
Alison D. Gaske (*pro hac vice forthcoming*)
Ethan H. Kaminsky (*pro hac vice forthcoming*)
GILBERT LLP
700 Pennsylvania Avenue, S.E., Suite 400
Washington, D.C. 20003
Telephone:    (202) 772-2301
LeveridgeR@GilbertLegal.com
FarraA@GilbertLegal.com
GaskeA@GilbertLegal.com
KaminskyE@GilbertLegal.com

*Attorneys for Plaintiff New Mexico State Investment Council*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By /s/ *Andrew G. Schultz* .
    Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
Email: aschultz@rodey.com

Robert Sperling (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-7941
Fax: (312) 558-5700
RSperling@winston.com

Staci Yablon (*pro hac vice* forthcoming)
Eva W. Cole (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4703
Fax: (212) 294-4700
SYablon@winston.com
EWCole@winston.com

*Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, and Goldman Sachs International*

SNELL & WILMER LLP

By: *Electronically Approved 08/19/2021*          .
       Gregory J. Marshall
201 Third Street N.W. #500
Albuquerque, New Mexico 87102
Telephone:   602-382-6514
Facsimile:   602-382-6070
E-mail:   gmarshall@swlaw.com

Paul S. Mishkin
Sheila R. Adams
Adam G. Mehes
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
paul.mishkin@davispolk.com
sheila.adams@davispolk.com
adam.mehes@davispolk.com

*Attorneys for Defendants Bank of America Corporation, Bank Of America, N.A., and BofA Securities, Inc.*

*Electronically Approved 08/19/2021*  .
Douglas A. Baker
Justin D. Rodriguez
ATKINSON, BAKER & RODRIGUEZ, P.C.
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
Telephone:    (505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

Jeffrey T. Scott (*pro hac vice* forthcoming)
Matthew J. Porpora (*pro hac vice* forthcoming)
Jonathan S. Carter (*pro hac vice* forthcoming)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Telephone:    (212) 558-4000
Facsimile:     (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

Renata B. Hesse (*pro hac vice* forthcoming)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW Suite 700
Washington, DC  20006-5215
Telephone:    (202) 956-7500
Facsimile:     (202) 293-6330
hesser@sullcrom.com

*Attorneys for Defendants Barclays PLC, Barclays Bank PLC and Barclays Capital Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  /s/ Andrew G. Schultz               .
       Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:    (505) 765-5900
Facsimile:    (505) 768-7395
Email:        aschultz@rodey.com

Joshua A. Goldberg (*pro hac vice* forthcoming)
Amy N. Vegari (*pro hac vice* forthcoming)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:    (212)336-2000
jgoldberg@pbwt.com
avegari@pbwt.com

*Attorneys for Defendants BNP Paribas S.A. and BNP Paribas Securities Corp.*

*Electronically Approved 08/19/2021* .
Eric R. Burris
Debashree Nandy
BROWNSTEIN HYATT FARBER SCHRECK, LLP
201 Third St. NW, Suite 1800
Albuquerque, New Mexico 87102
Telephone: (505) 244-0770
Facsimile: (505) 244-9266
eburris@bhfs.com
rnandy@bhfs.com

Jay B. Kasner
Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Jay.Kasner@skadden.com
Karen.Lent@skadden.com

*Attorneys for Defendants Citigroup Inc.; Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Ltd.*

11

*Electronically Approved 08/19/2021* .
Benjamin Allison
BARDACKE ALLISON LLP
141 East Palace Avenue
Santa Fe, NM 87501
Telephone: (505) 995-8000
Facsimile: (505) 672-7037
ben@bardackeallison.com

David G. Januszewski (*pro hac vice* forthcoming)
Herbert S. Washer (*pro hac vice* forthcoming)
Elai Katz (*pro hac vice* forthcoming)
Jason M. Hall (*pro hac vice* forthcoming)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ezatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Capital LLC, and Credit Suisse International*

    *Electronically Approved 08/19/2021*    .
Meena H. Allen
ALLEN LAW FIRM, LLC
6121 Indian School Road NE, Suite 230
Albuquerque, NM 87110
Telephone:    (505) 298-9400
Facsimile:    (505) 298-7070
mallen@mallen-law.com

John Terzaken (*pro have vice* forthcoming*)*
Adrienne V. Baxley (*pro hac vice* forthcoming)
Laurel Fresquez (*pro hac vice* forthcoming)
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone:    (202) 636-5500
Facsimile:    (202) 636-5502
john.terzaken@stblaw.com
adrienne.baxley@stblaw.com
laurel.fresquez@stblaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By /s/ Andrew G. Schultz .
     Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:   (505) 765-5900
Facsimile:    (505) 768-7395
Email:        aschultz@rodey.com

Robert D. Wick (*pro hac vice* forthcoming)
Henry Liu (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone:   (202) 662-6000
Facsimile:    (202) 662-6291
rwick@cov.com
hliu@cov.com

*Attorneys for Defendants JPMorgan Chase & Co., J.P. Morgan Chase Bank, N.A., and J.P. Morgan Securities LLC*

*Electronically Approved 08/19/2021* .
John C. Anderson
HOLLAND & HART LLP
110 N. Guadalupe St., Suite 1
Santa Fe, NM 87507
Telephone: (505) 954-7290
JCAnderson@hollandhart.com

Michael A. Paskin (*pro hac vice* forthcoming)
Lauren M. Rosenberg (*pro hac vice* forthcoming)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
mpaskin@cravath.com
lrosenberg@cravath.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc and Morgan Stanley Capital Services LLC*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  /s/ Andrew G. Schultz
    Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
Email:  aschultz@rodey.com

James R. Warnot, Jr. (*pro hac vice* forthcoming)
Patrick C. Ashby (*pro hac vice* forthcoming)
Nicole E. Jerry (*pro hac vice* forthcoming)
LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicole.jerry@linklaters.com

Adam S. Lurie (*pro hac vice* forthcoming)
LINKLATERS LLP
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

*Attorneys for Defendants NatWest Group Plc (f/k/a Royal Bank of Scotland Group Plc), NatWest Markets Plc (f/k/a Royal Bank of Scotland Plc), and NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)*

*Electronically Approved 08/19/2021*  .
Jessica M. Hernandez
KENNEDY, HERNANDEZ & ASSOCIATES, P.C.
201 Twelfth Street NW
Albuquerque, New Mexico 87102
Telephone:    (505) 842-8662
jhernandez@kennedyhernandez.com

Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone:    (202) 636-5500
aellis@stblaw.com

*Attorneys for Defendant International Swaps and Derivatives Association, Inc.*

*Electronically Approved 08/19/2021* .
Jeffrey J. Wechsler
MONTGOMERY & ANDREWS
325 Paseo de Peralta
Santa Fe, NM 87501
Telephone:   (505) 986-2637
jwechsler@montand.com

Adam S. Hakki ((*pro hac vice* forthcoming)
Jerome S. Fortinsky (*pro hac vice* forthcoming)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone:   (212) 848-4000
Facsimile:   (212) 848-7179
adam.hakki@shearman.com
jfortinsky@shearman.com

*Attorneys for Defendant Creditex Group Inc.*

                       *Electronically Approved 08/19/2021* .
H. Brook Laskey
MCCOY LEAVITT LASKEY LLC
317 Commercial Street NE, Suite 200
Albuquerque, New Mexico 87102
Telephone:     505.246.0455 W
blaskey@mlllaw.com

Colin R. Kass (*pro hac* forthcoming)
Proskauer Rose LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone:     202-416-6890
ckass@proskauer.com

David A. Munkittrick (*pro hac* forthcoming)
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Telephone:     212-969-3226
dmunkittrick@proskauer.com

*Attorneys for Defendant IHS Markit Ltd.*