IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE: CREDIT DEFAULT SWAPS
AUCTIONS LITIGATION                                      CV No. 21-0606 KG/JHR

ORDER TO SUBMIT JOINT STATUS REPORT

This matter comes before the Court *sua sponte*. On November 15, 2021, four (4) Motions to Dismiss were filed by various defendants. (Docs. 138, 140, 141, 142). To date, no response or other document extending the time to file a response has been filed with the Court.

No later than 12:00 p.m. (noon) on Monday, December 20, 2021, the parties shall submit a Joint Status Report notifying the Court as to the state of the litigation and a proposed plan for moving the case forward.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE