## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE CREDIT DEFAULT SWAPS AUCTIONS LITIGATION | Case No.: 1:21-cv-00606-KJG-JHR |

## STIPULATION AND ORDER REGARDING FILING THE AMENDED COMPLAINT AND TIME TO RESPOND TO THE AMENDED COMPLAINT

Plaintiff New Mexico State Investment Council and Defendants Bank of America Corporation, Bank of America, N.A., BofA Securities, Inc., Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., BNP Paribas S.A., BNP Paribas Securities Corp., Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., Citigroup Global Markets Limited, Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Capital LLC, Credit Suisse International, Deutsche Bank AG, Deutsche Bank Securities Inc., The Goldman Sachs Group, Inc.[1], Goldman Sachs & Co. LLC, Goldman Sachs International, JPMorgan Chase & Co., J.P. Morgan Chase Bank, N.A., J.P. Morgan Securities LLC, Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc, Morgan Stanley Capital Services LLC, NatWest Group Plc, NatWest Markets Plc, NatWest Markets Securities Inc., International Swaps and Derivatives Association, Inc., Creditex Group Inc., and IHS Markit Ltd. (together, "Defendants") by and through their respective undersigned counsel, subject to this Court's approval and to the reservation of rights contained below, agree and stipulate as follows:

---

[1] Plaintiff incorrectly named "Goldman Sachs Group, Inc." in its Complaint. Defendants have listed the correct name of the entity, which is The Goldman Sachs Group, Inc.

WHEREAS, on June 30, 2021, Plaintiff New Mexico State Investment Council commenced the above-captioned action (the "Action") by filing a complaint (the "Complaint"), *see* ECF No. 1;

WHEREAS, on August 23, 2021, Defendants agreed to accept service of the Summons and Complaint subject to the terms and conditions of the Stipulation and Order Regarding Service and Time to Respond to the Complaint, *see* ECF No. 77;

WHEREAS, on November 15, 2021, Defendants moved to dismiss the Complaint, *see* ECF Nos. 138-142;

WHEREAS, on December 15, 2021, Plaintiff advised Defendants that Plaintiff elects to amend the Complaint in response to Defendants' Motions to Dismiss the Complaint, pursuant to the Stipulation and Order Regarding Service and Time to Respond to the Complaint, *see* ECF No. 77, ¶ 7;

WHEREAS, Plaintiff and Defendants have met-and-conferred and agreed to the below schedule for Plaintiff to file an Amended Complaint, and for Defendants to respond to the Amended Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1.      The parties agree Plaintiff will file an Amended Complaint on or before February 4, 2022.

2.      Once Plaintiff has filed the Amended Complaint via the Court's ECF system, Defendants that have previously made appearances in this Action shall be deemed served in accordance with Rule 5 of the Federal Rules of Civil Procedure and the Court's Local Civil Rule 5.1 without waiver of any defense except for service of process.

3.      The parties agree Defendants will answer, move against, or otherwise respond to the Amended Complaint on or before April 5, 2022.

4.      Plaintiff will serve and file any opposition memorandum on or before June 6, 2022.

5.      Defendants will serve and file their reply memorandum and submit a notice of completion of briefing on or before July 12, 2022.

6.      Discovery is stayed pending resolution of any and all Defendants' forthcoming dismissal motion(s); except that, (1) if any Defendant moves to dismiss the Amended Complaint on the ground that this Court lacks personal jurisdiction as to it pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Plaintiff may seek leave of Court to conduct jurisdictional discovery with respect to that Defendant, and seek additional time to file its opposition(s) to the Rule 12(b)(2) motion(s) to dismiss in order to conduct such discovery, or (2) if any Defendant relies on material outside the Amended Complaint that is not publicly available in filing a motion to dismiss under grounds other than Rule 12(b)(2) of the Federal Rules of Civil Procedure or any other motion, Plaintiff may seek leave to conduct merits discovery with respect to that material, and additional time to file its opposition(s) to any such motion(s) in order to conduct such discovery.  Defendants reserve the right to oppose any motion by Plaintiff seeking leave of Court to conduct jurisdictional discovery or merits discovery under these circumstances.

7.      This stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile or .pdf form, each of which shall be deemed an original.  This stipulation, once fully executed, may be submitted to the Court without further notice to any party.

8.      This stipulation supersedes and takes the place of any previous order entered by the Court extending the deadlines for any Defendant to answer or otherwise respond to Plaintiff's Complaint, and the Parties agree not to submit any additional motions seeking such relief other than a motion to amend or modify this stipulation.

SO ORDERED.

_____
HON. KENNETH J. GONZALES
UNITED STATES DISTRICT JUDGE

**ATTORNEY GENERAL OF NEW MEXICO
HECTOR H. BALDERAS**

*Electronically Approved 12/20/2021*
P. Cholla Khoury, Assistant Attorney General
Director, Consumer and Environmental Protection
Brian E. McMath, Assistant Attorney General,
Consumer & Environmental Protection Division
Post Office Drawer 1508
Santa Fe, New Mexico 87504-1508
Telephone: (505) 490-4052
Facsimile: (505) 318-1007
ckhoury@nmag.gov
bmcmath@nmag.gov

David E. Kovel (*admitted pro hac vice*)
Thomas Popejoy (*admitted pro hac vice*)
Karen M. Lerner (*admitted pro hac vice*)
Anthony E. Maneiro (*admitted pro hac vice*)
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
dkovel@kmllp.com
tpopejoy@kmllp.com
klerner@kmllp.com
amaneiro@kmllp.com

Richard J. Leveridge (*admitted pro hac vice*)
Adam H. Farra (*admitted pro hac vice*)
Alison D. Gaske (*admitted pro hac vice*)
Ethan H. Kaminsky (*admitted pro hac vice*)
GILBERT LLP
700 Pennsylvania Avenue, S.E., Suite 400
Washington, D.C. 20003
Telephone: (202) 772-2301
LeveridgeR@GilbertLegal.com
FarraA@GilbertLegal.com
GaskeA@GilbertLegal.com
KaminskyE@GilbertLegal.com

*Interim Co-Lead Counsel for the Class*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

*Electronically Approved 12/20/2021*
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
Email: aschultz@rodey.com

Robert Sperling
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-7941
Fax: (312) 558-5700
RSperling@winston.com

Staci Yablon
Eva W. Cole
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4703
Fax: (212) 294-4700
SYablon@winston.com
EWCole@winston.com

*Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, and Goldman Sachs International*

SNELL & WILMER LLP

*Electronically Approved 12/20/2021*
Gregory J. Marshall
201 Third Street N.W. #500
Albuquerque, New Mexico 87102
Telephone: 602-382-6514
Facsimile: 602-382-6070
E-mail: gmarshall@swlaw.com

Paul S. Mishkin
Sheila R. Adams
Adam G. Mehes
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
paul.mishkin@davispolk.com
sheila.adams@davispolk.com
adam.mehes@davispolk.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and BofA Securities, Inc.*

ATKINSON, BAKER & RODRIGUEZ, P.C.

*Electronically Approved 12/20/2021*
Douglas A. Baker
Justin D. Rodriguez
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
Telephone: (505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

Jeffrey T. Scott
Matthew J. Porpora
Jonathan S. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

Renata B. Hesse
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW Suite 700
Washington, DC 20006-5215
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
hesser@sullcrom.com

*Attorneys for Defendants Barclays PLC, Barclays Bank PLC and Barclays Capital Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

*Electronically Approved 12/20/2021*
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
Email: aschultz@rodey.com

Joshua A. Goldberg
Amy N. Vegari
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
jgoldberg@pbwt.com
avegari@pbwt.com

*Attorneys for Defendants BNP Paribas S.A. and BNP Paribas Securities Corp.*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*Electronically Approved 12/20/2021*
Eric R. Burris
Debashree Nandy
201 Third St. NW, Suite 1800
Albuquerque, New Mexico 87102
Telephone: (505) 244-0770
Facsimile: (505) 244-9266
eburris@bhfs.com
rnandy@bhfs.com

Jay B. Kasner
Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Jay.Kasner@skadden.com
Karen.Lent@skadden.com

*Attorneys for Defendants Citigroup Inc.; Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Ltd.*

BARDACKE ALLISON LLP

*Electronically Approved 12/20/2021*
Benjamin Allison
141 East Palace Avenue
Santa Fe, NM 87501
Telephone: (505) 995-8000
Facsimile: (505) 672-7037
ben@bardackeallison.com

David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Margaret A. Barone
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ezatz@cahill.com
jhall@cahill.com
mbarone@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Capital LLC, and Credit Suisse International*

ALLEN LAW FIRM, LLC

*Electronically Approved 12/20/2021*
Meena H. Allen
6121 Indian School Road NE, Suite 230
Albuquerque, NM 87110
Telephone: (505) 298-9400
Facsimile: (505) 298-7070
mallen@mallen-law.com

John Terzaken
Adrienne V. Baxley
Laurel Fresquez
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
john.terzaken@stblaw.com
adrienne.baxley@stblaw.com
laurel.fresquez@stblaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

*Electronically Approved 12/20/2021*
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
Email: aschultz@rodey.com

Robert D. Wick
Henry Liu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
rwick@cov.com
hliu@cov.com

*Attorneys for Defendants JPMorgan Chase & Co., J.P. Morgan Chase Bank, N.A., and J.P. Morgan Securities LLC*

HOLLAND & HART LLP

*Electronically Approved 12/20/2021*
John C. Anderson
110 N. Guadalupe St., Suite 1
Santa Fe, NM 87507
Telephone: (505) 954-7290
JCAnderson@hollandhart.com

Michael A. Paskin
Lauren M. Rosenberg
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
mpaskin@cravath.com
lrosenberg@cravath.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc and Morgan Stanley Capital Services LLC*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

*Electronically Approved 12/20/2021*
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
Email: aschultz@rodey.com

James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicole.jerry@linklaters.com

Adam S. Lurie
LINKLATERS LLP
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

*Attorneys for Defendants NatWest Group Plc (f/k/a Royal Bank of Scotland Group Plc), NatWest Markets Plc (f/k/a Royal Bank of Scotland Plc), and NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)*

*Electronically Approved 12/20/2021*
Jessica M. Hernandez
KENNEDY, HERNANDEZ & ASSOCIATES,
P.C.
201 Twelfth Street NW
Albuquerque, New Mexico 87102
Telephone: (505) 842-8662
jhernandez@kennedyhernandez.com

Abram J. Ellis (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
aellis@stblaw.com

Alan C. Turner (*pro hac vice*)
John A. Robinson (*pro hac vice* forthcoming)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
aturner@stblaw.com
jrobinson@stblaw.com

*Attorneys for Defendant International Swaps and Derivatives Association, Inc.*

<u>*Electronically Approved 12/20/2021*</u>
Adam S. Hakki (*pro hac vice*)
Jerome S. Fortinsky
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
adam.hakki@shearman.com
jfortinsky@shearman.com

Jeffrey J. Wechsler
MONTGOMERY & ANDREWS, P.A.
325 Paseo de Peralta
Santa Fe, NM 87501
Telephone: (505) 986-2637
jwechsler@montand.com

*Attorneys for Defendant Creditex Group Inc.*

_Electronically Approved 12/20/2021_
Colin R. Kass (admitted _pro hac vice_)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: 202-416-6890
ckass@proskauer.com

David A. Munkittrick (admitted _pro hac vice_)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: 212-969-3226
dmunkittrick@proskauer.com

H. Brook Laskey
MCCOY LEAVITT LASKEY LLC
317 Commercial Street NE, Suite 200
Albuquerque, New Mexico 87102
Telephone: 505.246.0455 W
blaskey@mlllaw.com

_Attorneys for Defendant IHS Markit Ltd._