**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| IN RE CREDIT DEFAULT SWAPS AUCTIONS LITIGATION | Case No.: 1:21-cv-00606-KJG-JHR |

**STIPULATION REGARDING VOLUNTARY DISMISSAL OF CLAIMS**
**AGAINST CERTAIN DEFENDANTS**

WHEREAS, on June 30, 2021, Plaintiff New Mexico State Investment Council commenced the above-captioned action (the "Action") by filing a class action complaint (the "Complaint"), *see* ECF No. 1;

WHEREAS, on November 15, 2021, Defendants moved to dismiss the Complaint, *see* ECF Nos. 138-142;

WHEREAS, in accordance with the Stipulation and Order Regarding Service and Time to Respond to the Complaint, *see* ECF No. 77, on December 15, 2021, Plaintiff advised Defendants that Plaintiff elects to amend the Complaint in response to Defendants' Motion to Dismiss the Complaint, *see* ECF Nos. 138-142;

WHEREAS, on December 20, 2021, Plaintiff and Defendants submitted to the Court a Stipulation and [Proposed] Order Regarding Filing the Amended Complaint and Time to Respond to the Amended Complaint, *see* ECF No. 144, stating, in part, that Plaintiff will file an amended class action complaint (the "Amended Complaint") on or before February 4, 2022;

WHEREAS, on December 22, 2021, the Court entered the Stipulation and Order Regarding Filing the Amended Complaint and Time to Respond to the Amended Complaint; *see* ECF No. 145;

WHEREAS, undersigned counsel for Bank of America Corporation, Barclays PLC, Citigroup Inc., Credit Suisse Group AG, The Goldman Sachs Group, Inc., JPMorgan Chase & Co., Morgan Stanley and NatWest Group Plc have represented that Bank of America Corporation, Barclays PLC, Citigroup Inc., Credit Suisse Group AG, The Goldman Sachs Group, Inc., JPMorgan Chase & Co., Morgan Stanley and NatWest Group Plc are holding companies that have not engaged in the business of market making in any single-name credit default swaps ("CDS"), index CDS, or swaptions and have not engaged in any conduct related to the CDS auctions or establishment of the CDS auction process in the United States and its territories from June 1, 2005 through the present;

NOW, THEREFORE, IT IS STIPULATED AND AGREED:

1. Plaintiff agrees to voluntarily dismiss all claims against Bank of America Corporation, Barclays PLC, Credit Suisse Group AG, The Goldman Sachs Group, Inc., JPMorgan Chase & Co., Morgan Stanley and NatWest Group Plc without prejudice to reassert such claims against Bank of America Corporation, Barclays PLC, Citigroup Inc., Credit Suisse Group AG, The Goldman Sachs Group, Inc., JPMorgan Chase & Co., Morgan Stanley and NatWest Group Plc at a later time should evidence arise in discovery or otherwise reveal information providing a basis for joining those entities on the claims being litigated in this case and related to the allegations asserted in the Complaint filed on June 30, 2021 (the "Relevant Claims(s)").

2. The Parties further agree that any statute of limitations, statute of repose, or other time-related defense or claim shall be tolled with respect to Relevant Claims as to Bank of America Corporation, Barclays PLC, Citigroup Inc., Credit Suisse Group AG, The Goldman

Sachs Group, Inc., JPMorgan Chase & Co., Morgan Stanley and NatWest Group Plc from the date of this agreement until final adjudication (after all appeals) of the dismissal of the Action (the "Tolling Period").  Any Relevant Claim as to Bank of America Corporation, Barclays PLC, Citigroup Inc., Credit Suisse Group AG, The Goldman Sachs Group, Inc., JPMorgan Chase & Co., Morgan Stanley and NatWest Group Plc asserted during the Tolling Period by Plaintiff will be deemed to have been filed on June 30, 2021 (the filing date of the Complaint).  The Parties hereto also agree that Bank of America Corporation, Barclays PLC, Citigroup Inc., Credit Suisse Group AG, The Goldman Sachs Group, Inc., JPMorgan Chase & Co., Morgan Stanley and NatWest Group Plc will not assert a statute of limitations or statute of repose defense based on this dismissal without prejudice or the time period excluded by this tolling agreement.  But Bank of America Corporation, Barclays PLC, Citigroup Inc., Credit Suisse Group AG, The Goldman Sachs Group, Inc., JPMorgan Chase & Co., Morgan Stanley and NatWest Group Plc expressly reserve and do not waive any and all other defenses, including but not limited to defenses with respect to personal jurisdiction and improper venue.

3. The Parties further agree that Bank of America Corporation, Barclays PLC, Citigroup Inc., Credit Suisse Group AG, The Goldman Sachs Group, Inc., JPMorgan Chase & Co., Morgan Stanley and NatWest Group Plc will respond to all discovery requests as if they remained defendants in the Action, subject to the Federal Rules of Civil Procedure and analogous local rules.  For the avoidance of doubt, Bank of America Corporation, Barclays PLC, Citigroup Inc., Credit Suisse Group AG, The Goldman Sachs Group, Inc., JPMorgan Chase & Co., Morgan Stanley and NatWest Group Plc reserve all rights to assert any objection to any discovery request that they could assert if they were parties to the Action.

Dated: February 4, 2022

                                                Hector H. Balderas
ATTORNEY GENERAL
STATE OF NEW MEXICO

*Electronically Approved 2/4/2022*
By:  P. Cholla Khoury, Assistant Attorney General
Director, Consumer and Environmental Protection
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Telephone: (505) 490-4052
Facsimile: (505) 318-1007
ckhoury@nmag.gov

David E. Kovel
Thomas Popejoy
Karen M. Lerner
Anthony E. Maneiro
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
dkovel@kmllp.com
tpopejoy@kmllp.com
klerner@kmllp.com
amaneiro@kmllp.com

Richard J. Leveridge
Adam H. Farra
Alison D. Gaske
Ethan H. Kaminsky
GILBERT LLP
700 Pennsylvania Avenue, S.E., Suite 400
Washington, D.C. 20003
Telephone: (202) 772-2301
LeveridgeR@GilbertLegal.com
FarraA@GilbertLegal.com
GaskeA@GilbertLegal.com
KaminskyE@GilbertLegal.com

*Attorneys for Plaintiff New Mexico State Investment Council*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: /s/ Andrew G. Schultz
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

Robert Sperling
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-7941
Fax: (312) 558-5700
RSperling@winston.com

Staci Yablon
Eva W. Cole
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4703
Fax: (212) 294-4700
SYablon@winston.com
EWCole@winston.com

*Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, and Goldman Sachs International*

SNELL & WILMER LLP

By: /s/ Gregory J. Marshall
Gregory J. Marshall
201 Third Street N.W. #500
Albuquerque, NM 87102
Telephone: 602-382-6514
Facsimile: 602-382-6070
gmarshall@swlaw.com

Paul S. Mishkin
Sheila R. Adams
Adam G. Mehes
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
paul.mishkin@davispolk.com
sheila.adams@davispolk.com
adam.mehes@davispolk.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and BofA Securities, Inc.*

Case 1:21-cv-00606-KG-JHR   Document 147   Filed 02/04/22   Page 7 of 12

ATKINSON, BAKER & RODRIGUEZ, P.C.

By: /s/ Douglas A. Baker
Douglas A. Baker
Justin D. Rodriguez
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
Telephone: (505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

Jeffrey T. Scott
Matthew J. Porpora
Jonathan S. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

Renata B. Hesse
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW Suite 700
Washington, DC 20006-5215
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
hesser@sullcrom.com

*Attorneys for Defendants Barclays PLC,
Barclays Bank PLC, and Barclays Capital Inc.*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Eric R. Burris
Eric R. Burris
Debashree Nandy
201 Third St. NW, Suite 1800
Albuquerque, NM 87102
Telephone: (505) 244-0770
Facsimile: (505) 244-9266
eburris@bhfs.com
rnandy@bhfs.com

Jay B. Kasner
Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Jay.Kasner@skadden.com
Karen.Lent@skadden.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Ltd.*

BARDACKE ALLISON LLP

By: /s/ Benjamin Allison
Benjamin Allison
141 East Palace Avenue
Santa Fe, NM 87501
Phone: (505) 995-8000
Facsimile: (505) 672-7037
ben@bardackeallison.com

David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Margaret A. Barone
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ezatz@cahill.com
jhall@cahill.com
mbarone@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Capital LLC, and Credit Suisse International*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: /s/ Andrew G. Schultz
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

Robert D. Wick
Henry Liu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
rwick@cov.com
hliu@cov.com

*Attorneys for Defendants JPMorgan Chase & Co., J.P. Morgan Chase Bank, N.A., and J.P. Morgan Securities LLC*

HOLLAND & HART LLP

By: /s/ John C. Anderson
John C. Anderson
110 N. Guadalupe St., Suite 1
Santa Fe, NM 87507
(505) 954-7290
JCAnderson@hollandhart.com

Michael A. Paskin
Lauren M. Rosenberg
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
mpaskin@cravath.com
lrosenberg@cravath.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc, and Morgan Stanley Capital Services LLC*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: /s/ Andrew G. Schultz
Andrew G. Schultz
201 Third St. NW, Suite 2200
Albuquerque, NM 87102
Telephone: (505) 768-7205
aschultz@rodey.com

James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicole.jerry@linklaters.com

Adam S. Lurie
LINKLATERS LLP
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

*Attorneys for Defendants NatWest Group Plc (f/k/a The Royal Bank of Scotland Group plc), NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc), and NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)*