**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| IN RE CREDIT DEFAULT SWAPS AUCTIONS LITIGATION | Case No.: 1:21-cv-00606-KJG-JHR |

**STIPULATION REGARDING VOLUNTARY DISMISSAL OF CLAIMS**
**AGAINST DEFENDANT CREDITEX GROUP INC.**

WHEREAS, on June 30, 2021, Plaintiff New Mexico State Investment Council ("Plaintiff") commenced the above-captioned action (the "Action") by filing a class action complaint (the "Complaint"), *see* ECF No. 1;

WHEREAS, on November 15, 2021, Defendant Creditex Group Inc. ("Creditex," and with Plaintiff, the "Parties") moved to dismiss the Complaint, *see* ECF No. 142;

WHEREAS, in accordance with the Stipulation and Order Regarding Service and Time to Respond to the Complaint, *see* ECF No. 77, on December 15, 2021, Plaintiff advised Creditex that Plaintiff elects to amend the Complaint in response to Defendant Creditex's Motion to Dismiss the Complaint, *see* ECF No. 144;

WHEREAS, on December 20, 2021, Plaintiff and Defendants, including Creditex, submitted to the Court a Stipulation and [Proposed] Order Regarding Filing the Amended Complaint and Time to Respond to the Amended Complaint, *see* ECF No. 144, stating, in part, that Plaintiff would file an amended class action complaint (the "Amended Complaint") on or before February 4, 2022; and

1

WHEREAS, on December 22, 2021, the Court entered the Stipulation and Order Regarding Filing the Amended Complaint and Time to Respond to the Amended Complaint; *see* ECF No. 145 (the "December 22, 2021 Stipulation and Order");

NOW, THEREFORE, IT IS STIPULATED AND AGREED:

1. Plaintiff hereby voluntarily dismisses all claims against Creditex in the Action without prejudice to reasserting such claims against Creditex at a later time should evidence arise in discovery or otherwise reveal information providing a basis for doing so.

2. The Parties agree that any statute of limitations, statute of repose, or other time-related defense or claim shall be tolled as to Creditex, as more fully set forth in the separate tolling agreement between the Parties.

3. The Parties agree that Creditex will respond to all discovery requests as if it remained a defendant in the Action, subject to the Federal Rules of Civil Procedure and analogous local rules, provided that party discovery has commenced and is not stayed in the Litigation, consistent with the discovery stay reflected in the December 22, 2021 Stipulation and Order. For the avoidance of doubt, Creditex need not respond to any discovery requests if the Court has not yet decided the defendants' anticipated motion to dismiss the Amended Complaint (or if Plaintiff is given leave to replead and the Court has not yet decided the defendants' anticipated motion to dismiss the new complaint).  Creditex does not waive and expressly reserves any objections that it may properly assert in response to any discovery requests from Plaintiff.

4. The Parties have agreed to bear their own fees and costs and not seek other relief from each other with respect to the subject matter of this action.

5.     Nothing in this Stipulation shall constitute a waiver of any of Creditex's defenses, including without limitation personal jurisdiction and venue.

Dated: February 3, 2022

| **ATTORNEY GENERAL OF NEW MEXICO HECTOR H. BALDERAS** | **SHEARMAN & STERLING LLP** |
|---|---|
| *Electronically Approved 2/3/2022* <br> P. Cholla Khoury <br> Chief Deputy Attorney General – Civil Affairs <br> Brian E. McMath <br> Assistant Attorney General <br> Director – Consumer & Environmental Protection Division <br> Brian Moore <br> Assistant Attorney General <br> Consumer & Environmental Protection Division <br> Post Office Drawer 1508 <br> Santa Fe, New Mexico 87504-1508 <br> Tel: (505) 490-4052 <br> ckhoury@nmag.gov <br> bmcmath@nmag.gov <br> bmoore@nmag.gov | *Electronically Approved 2/3/2022* <br> Adam S. Hakki (*pro hac vice*) <br> Jerome S. Fortinsky <br> 599 Lexington Avenue <br> New York, NY 10022-6069 <br> Telephone: (212) 848-4000 <br> Facsimile: (212) 848-7179 <br> adam.hakki@shearman.com <br> jfortinsky@shearman.com <br><br> **MONTGOMERY & ANDREWS, P.A.** <br><br> Jeffrey J. Wechsler <br> 325 Paseo de Peralta <br> Santa Fe, NM 87501 <br> Telephone: (505) 986-2637 <br> jwechsler@montand.com <br><br> *Attorneys for Defendant Creditex Group Inc.* |
| **KIRBY McINERNEY LLP** <br><br> David E. Kovel (*admitted pro hac vice*) <br> Thomas Popejoy (*admitted pro hac vice*) <br> Karen M. Lerner (*admitted pro hac vice*) <br> Anthony E. Maneiro (*admitted pro hac vice*) <br> 250 Park Avenue, Suite 820 <br> New York, NY 10177 <br> Tel.: (212) 371-6600 <br> dkovel@kmllp.com <br> tpopejoy@kmllp.com <br> klerner@kmllp.com <br> amaneiro@kmllp.com | |

**GILBERT LLP**

Richard J. Leveridge (*admitted pro hac vice*)
Adam H. Farra (*admitted pro hac vice*)
Alison D. Gaske (*admitted pro hac vice*)
Ethan H. Kaminsky (*admitted pro hac vice*)
700 Pennsylvania Avenue, S.E., Suite 400
Washington, D.C. 20003
Telephone: (202) 772-2301
LeveridgeR@GilbertLegal.com
FarraA@GilbertLegal.com
GaskeA@GilbertLegal.com
KaminskyE@GilbertLegal.com

*Interim Co-Lead Counsel for the Class*