IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE CREDIT DEFAULT SWAPS AUCTIONS
LITIGATION

Civ. No. 21-0606 KG/JHR

ORDER DENYING AS MOOT PENDING MOTIONS TO DISMISS

Pursuant to the parties' Stipulation and this Court's Order Regarding Filing the Amended Complaint and Time to Respond to the Amended Complaint (Doc. 145), Plaintiff timely filed its Amended Complaint on February 4, 2022 (Doc. 151). Now that the Amended Complaint has been filed, the Court denies as moot the previously filed Motions to Dismiss (Docs. 138, 140, 141, 142). Defendants may file motions or other responsive pleadings as outlined in the Stipulated Order (Doc. 145).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE