UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: CREDIT DEFAULT SWAPS
AUCTIONS LITIGATION

Case No.:  1:21-cv-00606-KG-JHR

ORDER GRANTING PLAINTIFF AND DEALER DEFENDANTS'
JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS

THIS MATTER came before the Court on plaintiffs New Mexico State Investment Council, Public Employees Retirement Association of New Mexico, and the New Mexico Educational Retirement Board (together, "Plaintiffs") and defendants Bank of America, N.A., BofA Securities, Inc., Barclays Bank PLC, Barclays Capital Inc., BNP Paribas S.A., BNP Paribas Securities Corp., Citibank, N.A., Citigroup Global Markets Inc., Citigroup Global Markets Limited, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Capital LLC, Credit Suisse International, Deutsche Bank AG, Deutsche Bank Securities Inc., Goldman Sachs & Co. LLC, Goldman Sachs International, J.P. Morgan Chase Bank, N.A., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc, Morgan Stanley Capital Services LLC, NatWest Markets Plc, and NatWest Markets Securities Inc. (together, "Defendants") Joint Motion for Leave to Exceed Page Limits (Doc. 154), and the Court having considered the Motion and being advised it is unopposed, hereby enters its Order GRANTING the Motion.

Thus, the page limits for the briefing on the Defendants' Omnibus Motion to Dismiss are as follows:

- Defendants' Omnibus Motion to Dismiss is not to exceed 60 pages;

- Plaintiff's Opposition to Defendants Omnibus Motion to Dismiss is not to exceed 60 pages;

- Defendants' Reply to their Omnibus Motion to Dismiss is not to exceed 30 pages.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**APPROVED:**

        Hector H. Balderas
        ATTORNEY GENERAL
        STATE OF NEW MEXICO

        */s/ Brian Moore*
        By:  P. Cholla Khoury, Assistant Attorney General
        Director, Consumer and Environmental Protection
        Post Office Drawer 1508
        Santa Fe, NM 87504-1508
        Telephone: (505) 490-4052
        Facsimile: (505) 318-1007
        ckhoury@nmag.gov

        David E. Kovel
        Thomas Popejoy
        Karen M. Lerner
        Anthony E. Maneiro
        KIRBY McINERNEY LLP
        250 Park Avenue, Suite 820
        New York, NY 10177
        Telephone: (212) 371-6600
        dkovel@kmllp.com
        tpopejoy@kmllp.com
        klerner@kmllp.com
        amaneiro@kmllp.com

        Richard J. Leveridge
        Adam H. Farra
        Alison D. Gaske
        Ethan H. Kaminsky
        GILBERT LLP
        700 Pennsylvania Avenue, S.E., Suite 400
        Washington, D.C. 20003
        Telephone: (202) 772-2301
        LeveridgeR@GilbertLegal.com
        FarraA@GilbertLegal.com
        GaskeA@GilbertLegal.com
        KaminskyE@GilbertLegal.com

        *Attorneys for Plaintiffs New Mexico State Investment Council, Public Employees Retirement Association of New Mexico, and the New Mexico Educational Retirement Board*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: *Submitted by /s/ Andrew G. Schultz* .
     Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

Robert Sperling
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-7941
Fax: (312) 558-5700
RSperling@winston.com

Staci Yablon
Eva W. Cole
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4703
Fax: (212) 294-4700
SYablon@winston.com
EWCole@winston.com

*Attorneys for Defendants Goldman Sachs & Co. LLC and Goldman Sachs International*

SNELL & WILMER LLP

By: *Electronically Approved 03/28/2022*
      Gregory J. Marshall
201 Third Street N.W. #500
Albuquerque, New Mexico 87102
Telephone: 602-382-6514
Facsimile: 602-382-6070
E-mail: gmarshall@swlaw.com

Paul S. Mishkin
Sheila R. Adams
Adam G. Mehes
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
paul.mishkin@davispolk.com
sheila.adams@davispolk.com
adam.mehes@davispolk.com

*Attorneys for Defendants Bank of America, N.A. and BofA Securities, Inc.*

   *Electronically Approved 03/28/2022*
Douglas A. Baker
Justin D. Rodriguez
ATKINSON, BAKER & RODRIGUEZ, P.C.
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

Jeffrey T. Scott
Matthew J. Porpora
Jonathan S. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

Renata B. Hesse
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW Suite 700
Washington, DC  20006-5215
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
hesser@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Submitted by /s/ Andrew G. Schultz*            .
       Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

Joshua A. Goldberg
Amy N. Vegari
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212)336-2000
jgoldberg@pbwt.com
avegari@pbwt.com

*Attorneys for Defendants BNP Paribas S.A. and BNP Paribas Securities Corp.*

  *Electronically Approved 03/28/2022*
Eric R. Burris
Debashree Nandy
BROWNSTEIN HYATT FARBER SCHRECK, LLP
201 Third St. NW, Suite 1800
Albuquerque, New Mexico 87102
Telephone: (505) 244-0770
Facsimile: (505) 244-9266
eburris@bhfs.com
rnandy@bhfs.com

Jay B. Kasner
Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Jay.Kasner@skadden.com
Karen.Lent@skadden.com

*Attorneys for Defendants Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Ltd.*

    *Electronically Approved 03/28/2022*
Benjamin Allison
BARDACKE ALLISON LLP
141 East Palace Avenue
Santa Fe, NM 87501
Phone: (505) 995-8000
Facsimile: (505) 672-7037
ben@bardackeallison.com

David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ezatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Capital LLC, and Credit Suisse International*

*Electronically Approved 03/28/2022*
Meena H. Allen
ALLEN LAW FIRM, LLC
6121 Indian School Road NE, Suite 230
Albuquerque, NM 87110
Telephone: (505) 298-9400
Facsimile: (505) 298-7070
mallen@mallen-law.com

John Terzaken
Adrienne V. Baxley
Laurel Fresquez
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
john.terzaken@stblaw.com
adrienne.baxley@stblaw.com
laurel.fresquez@stblaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Submitted by /s/ Andrew G. Schultz*            .
     Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

Robert D. Wick
Henry Liu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
rwick@cov.com
hliu@cov.com

*Attorneys for Defendants J.P. Morgan Chase Bank, N.A. and J.P. Morgan Securities LLC*

   *Electronically Approved 03/28/2022*
John C. Anderson
HOLLAND & HART LLP
110 N. Guadalupe St., Suite 1
Santa Fe, NM 87507
(505) 954-7290
JCAnderson@hollandhart.com

Michael A. Paskin
Lauren M. Rosenberg
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
mpaskin@cravath.com
lrosenberg@cravath.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc and Morgan Stanley Capital Services LLC*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Submitted by /s/ Andrew G. Schultz* .
    Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 903-9000 james.warnot@linklaters.com
patrick.ashby@linklaters.com nicole.jerry@linklaters.com

Adam S. Lurie
LINKLATERS LLP
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

*Attorneys for Defendants NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc) and NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)*