IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **IN RE: CREDIT DEFAULT SWAPS AUCTIONS LITIGATION** | Case No.: 1:21-cv-00606-KG-JHR |

**UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to D.N.M.LR-Civ. 83.8, Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, and Goldman Sachs International (collectively "the Goldman Sachs Defendants") move the Court for an Order allowing Winston & Strawn LLP to withdraw as co-counsel of record on behalf of the Goldman Sachs Defendants.

As grounds for this Motion, the Goldman Sachs Defendants state that Paul, Weiss, Rifkind, Wharton & Garrison LLP (Staci Yablon and Robert Y. Sperling) is substituting as co-counsel for the Goldman Sachs Defendants.  The law firm of Rodey, Dickason, Sloan, Akin & Robb, P.A. shall continue as co-counsel to represent the Goldman Sachs Defendants in this case.

Pursuant to D.N.M.LR-Civ. 7.1 and 83.8, counsel for all parties consent to this motion.

WHEREFORE, the parties and counsel identified above respectfully move this Court for an Order allowing Winston & Strawn LLP to withdraw as co-counsel of record on behalf of the Goldman Sachs Defendants and substituting Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel for these same Defendants.

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

        By: *"Electronically Filed" /s/ Andrew G. Schultz* .
              Andrew G. Schultz
        P.O. Box 1888
        Albuquerque, NM 87103
        Telephone: (505) 765-5900
        Facsimile: (505) 768-7395
        Email: aschultz@rodey.com

        Staci Yablon
        Robert Y. Sperling
        Paul, Weiss, Rifkind, Wharton & Garrison LLP
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Telephone: (212) 373-3000
        syablon@paulweiss.com
        rsperling@paulweiss.com

        *Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, and Goldman Sachs International*

**APPROVED:**

WINSTON & STRAWN LLP

By *ced /s/ Eva W. Cole* .
    Eva W. Cole
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4703
EWCole@winston.com