IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **IN RE: CREDIT DEFAULT SWAPS AUCTIONS LITIGATION** | Case No.: 1:21-cv-00606-KG-JHR |

**ORDER GRANTING UNOPPOSED MOTION FOR
<u>WITHDRAWAL AND SUBSTITUTION OF COUNSEL</u>**

THIS MATTER, having come before the Court on the Unopposed Motion for Withdrawal and Substitution of Counsel filed by Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, and Goldman Sachs International, and the Court, being fully advised in the premises, finds that the Motion is well taken.

IT IS THEREFORE ORDERED that the law firm of Winston & Strawn LLP be allowed to withdraw from its representation of Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, and Goldman Sachs International in this matter.

IT IS FURTHER ORDERED that the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP (Staci Yablon and Robert Y. Sperling) be permitted to substitute as co-counsel for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, and Goldman Sachs International. The law firm of Rodey, Dickason, Sloan, Akin & Robb, P.A. shall continue as co-counsel to represent these Defendants in this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**APPROVED:**

> Hector H. Balderas
> ATTORNEY GENERAL
> STATE OF NEW MEXICO
>
> *Electronically Approved 08/25/2022*
> By:  P. Cholla Khoury, Assistant Attorney General
> Director, Consumer and Environmental Protection
> Post Office Drawer 1508
> Santa Fe, NM 87504-1508
> Telephone: (505) 490-4052
> Facsimile: (505) 318-1007
> ckhoury@nmag.gov
>
> David E. Kovel
> Thomas Popejoy
> Karen M. Lerner
> Anthony E. Maneiro
> KIRBY McINERNEY LLP
> 250 Park Avenue, Suite 820
> New York, NY 10177
> Telephone: (212) 371-6600
> dkovel@kmllp.com
> tpopejoy@kmllp.com
> klerner@kmllp.com
> amaneiro@kmllp.com
>
> Richard J. Leveridge
> Adam H. Farra
> Alison D. Gaske
> Ethan H. Kaminsky
> GILBERT LLP
> 700 Pennsylvania Avenue, S.E., Suite 400
> Washington, D.C. 20003
> Telephone: (202) 772-2301
> LeveridgeR@GilbertLegal.com
> FarraA@GilbertLegal.com
> GaskeA@GilbertLegal.com
> KaminskyE@GilbertLegal.com
>
> *Attorneys for Plaintiff New Mexico State Investment Council*

2

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _"Electronically Filed" /s/ Andrew G. Schultz_        .
       Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:     (505) 765-5900
Facsimile:     (505) 768-7395
Email:             aschultz@rodey.com

Staci Yablon
Robert Y. Sperling
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
syablon@paulweiss.com
rsperling@paulweiss.com

*Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, and Goldman Sachs International*

**APPROVED:**

WINSTON & STRAWN LLP


By     _/s/ Eva W. Cole_            .
     Eva W. Cole
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4703
EWCole@winston.com

3

SNELL & WILMER LLP

By: *Electronically Approved 08/25/2022*
          Gregory J. Marshall
201 Third Street N.W. #500
Albuquerque, New Mexico 87102
Telephone: 602-382-6514
Facsimile: 602-382-6070
E-mail: gmarshall@swlaw.com

Paul S. Mishkin
Sheila R. Adams
Adam G. Mehes
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
paul.mishkin@davispolk.com
sheila.adams@davispolk.com
adam.mehes@davispolk.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and BofA Securities, Inc.*

   *Electronically Approved 08/25/2022*
Douglas A. Baker
Justin D. Rodriguez
ATKINSON, BAKER & RODRIGUEZ, P.C.
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

Jeffrey T. Scott
Matthew J. Porpora
Jonathan S. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

Renata B. Hesse
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW Suite 700
Washington, DC  20006-5215
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
hesser@sullcrom.com

*Attorneys for Defendants Barclays PLC,*
*Barclays Bank PLC and Barclays Capital Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *"Electronically Filed" /s/ Andrew G. Schultz*          .
       Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

Joshua A. Goldberg
Amy N. Vegari
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212)336-2000
jgoldberg@pbwt.com
avegari@pbwt.com

*Attorneys for Defendants BNP Paribas S.A. and BNP Paribas Securities Corp.*

    *Electronically Approved 08/25/2022*
Eric R. Burris
Debashree Nandy
BROWNSTEIN HYATT FARBER SCHRECK, LLP
201 Third St. NW, Suite 1800
Albuquerque, New Mexico 87102
Telephone: (505) 244-0770
Facsimile: (505) 244-9266
eburris@bhfs.com
rnandy@bhfs.com

Jay B. Kasner
Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Jay.Kasner@skadden.com
Karen.Lent@skadden.com

*Attorneys for Defendants Citigroup Inc.; Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Ltd.*

   *Electronically Approved 08/25/2022*
Benjamin Allison
BARDACKE ALLISON LLP
141 East Palace Avenue
Santa Fe, NM 87501
Phone: (505) 995-8000
Facsimile: (505) 672-7037
ben@bardackeallison.com

David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ezatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Capital LLC, and Credit Suisse International*

    *Electronically Approved 08/25/2022*
Meena H. Allen
ALLEN LAW FIRM, LLC
6121 Indian School Road NE, Suite 230
Albuquerque, NM 87110
Telephone: (505) 298-9400
Facsimile: (505) 298-7070
mallen@mallen-law.com

John Terzaken
Adrienne V. Baxley
Laurel Fresquez
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
john.terzaken@stblaw.com
adrienne.baxley@stblaw.com
laurel.fresquez@stblaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *"Electronically Filed" /s/ Andrew G. Schultz* .
     Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

Robert D. Wick
Henry Liu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
rwick@cov.com
hliu@cov.com

*Attorneys for Defendants JPMorgan Chase & Co., J.P. Morgan Chase Bank, N.A., and J.P. Morgan Securities LLC*

   <u>*Electronically Approved 08/25/2022*</u>
John C. Anderson
HOLLAND & HART LLP
110 N. Guadalupe St., Suite 1
Santa Fe, NM 87507
(505) 954-7290
JCAnderson@hollandhart.com

Michael A. Paskin
Lauren M. Rosenberg
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
mpaskin@cravath.com
lrosenberg@cravath.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc and Morgan Stanley Capital Services LLC*

11

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *"Electronically Filed" /s/ Andrew G. Schultz*    .
      Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicole.jerry@linklaters.com

Adam S. Lurie
LINKLATERS LLP
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

*Attorneys for Defendants NatWest Group Plc (f/k/a The Royal Bank of Scotland Group plc), NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc), and NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)*