IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS AUCTIONS LITIGATION | Case No.: 1:21-cv-00606-KG-DLM |

**STIPULATION AND ORDER REGARDING DEADLINE TO
ANSWER THE AMENDED COMPLAINT AND SERVE INITIAL DISCLOSURES**

Plaintiffs New Mexico State Investment Council, Public Employees Retirement Association of New Mexico, and the New Mexico Educational Retirement Board (together, "Plaintiffs") and Defendants Bank of America, N.A., BofA Securities, Inc., Barclays Bank PLC, Barclays Capital Inc., BNP Paribas S.A., BNP Paribas Securities Corp., Citibank, N.A., Citigroup Global Markets Inc., Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Capital LLC, Deutsche Bank AG, Deutsche Bank Securities Inc., Goldman Sachs & Co. LLC, Goldman Sachs International, JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc, Morgan Stanley Capital Services LLC, NatWest Markets Securities Inc. (together, "Defendants"), by and through their respective undersigned counsel, and subject to this Court's approval, agree and stipulate as follows:

WHEREAS, on June 30, 2021, Plaintiff New Mexico State Investment Council commenced the above-captioned action (the "Action") by filing a complaint (the "Complaint");

WHEREAS, on November 15, 2021, Defendants filed a motion to dismiss the Complaint;

WHEREAS, on February 4, 2022, Plaintiffs filed an amended complaint in this Action (the "Amended Complaint");

WHEREAS, on February 7, 2022, the Court denied Defendants' motion to dismiss the Complaint as moot;

WHEREAS, on April 5, 2022, Defendants filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss"), to which Plaintiffs filed their opposition on June 6, 2022;

WHEREAS, on June 5, 2023, the Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss;

WHEREAS, Defendants currently have until June 20, 2023 to answer the Amended Complaint that is 232 pages and 585 paragraphs;

WHEREAS, Plaintiffs and Defendants have agreed to the below schedule for Defendants to answer the Amended Complaint and for the parties to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendants' time to answer the Amended Complaint is extended until August 21, 2023—*i.e.*, sixty (60) days from the current June 20, 2023 deadline.

2. The parties' deadline to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is the date on which Defendants answer the Amended Complaint, or the date set by operation of Fed. R. Civ. P. 26(a)(1), whichever is latest.

3. This stipulation supersedes and takes the place of any previous order entered by the Court extending the deadlines for any Defendant to answer Plaintiffs' Amended Complaint, and the parties agree not to submit any additional motions seeking such relief other than a motion to amend or modify this stipulation.

SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED:
RAÚL TORREZ
NEW MEXICO ATTORNEY GENERAL

By: */s/ Jacqueline N. Ortiz*
Jacqueline N. Ortiz
201 3rd St. NW, Suite 300
Albuquerque, NM 87102
jortiz@nmag.gov
Tel.: (505) 717-3570

*Counsel for Plaintiffs SIC, PERA, and ERB*

KIRBY McINERNEY LLP

By: */s/ Karen M. Lerner*
David E. Kovel
Karen M. Lerner
Andrew M. McNeela
Thomas L. Popejoy
250 Park Avenue
Suite 820
New York, NY 10177
Tel. (212) 371-6600
dkovel@kmllp.com
klerner@kmllp.com
amcneela@kmllp.com
tpopejoy@kmllp.com

Anthony E. Maneiro
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel. (312) 767-5180
amaneiro@kmllp.com

*Interim Co-Lead Counsel for the Class*

GILBERT LLP

Richard J. Leveridge
Chris Leonardo (pro hac vice forthcoming)
Adam H. Farra
Alison D. Gaske
Ethan H. Kaminsky
Rachel H. Jennings (pro hac vice forthcoming)
700 Pennsylvania Avenue, S.E.

3

Suite 400
Washington, D.C. 20003
Tel. (202) 772-2301
leveridger@GilbertLegal.com
leonardoc@GilbertLegal.com
farraa@GilbertLegal.com
gaskea@GilbertLegal.com
kaminskye@GilbertLegal.com
jenningsr@GilbertLegal.com

*Interim Co-Lead Counsel for the Class*

BERGER MONTAGUE

Michael Dell'Angelo (pro hac vice forthcoming)
Michael J. Kane (pro hac vice forthcoming)
Candice J. Enders (pro hac vice forthcoming)
Reginald L. Streater (pro hac vice forthcoming)
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel. (215) 875-3080
mdellangelo@bm.net
mkane@bm.net
cenders@bm.net
rstreater@bm.net

*Counsel for the Class*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Andrew G. Schultz*
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
Email: aschultz@rodey.com

Robert Sperling
Staci Yablon
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
RSperling@paulweiss.com
SYablon@paulweiss.com

*Attorneys for Defendants Goldman Sachs & Co. LLC and Goldman Sachs International*

5

SNELL & WILMER LLP

By: */s/ Gregory J. Marshall*
Gregory J. Marshall
201 Third Street N.W. #500
Albuquerque, New Mexico 87102
Telephone: 602-382-6514
Facsimile: 602-382-6070
E-mail: gmarshall@swlaw.com

Paul S. Mishkin
Sheila R. Adams
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
paul.mishkin@davispolk.com
sheila.adams@davispolk.com

*Attorneys for Defendants Bank of America, N.A. and BofA Securities, Inc.*

ATKINSON, BAKER & RODRIGUEZ, P.C.

By: */s/ Douglas A. Baker*
Douglas A. Baker
Justin D. Rodriguez
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
Telephone: (505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

Jeffrey T. Scott
Matthew J. Porpora
Jonathan S. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

Renata B. Hesse
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW Suite 700
Washington, DC 20006-5215
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
hesser@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*

7

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Andrew G. Schultz*
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

Joshua A. Goldberg
Amy N. Vegari
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
jgoldberg@pbwt.com
avegari@pbwt.com

*Attorneys for Defendants BNP Paribas S.A. and BNP Paribas Securities Corp.*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Eric R. Burris*
Eric R. Burris
Debashree Nandy
201 Third St. NW, Suite 1800
Albuquerque, New Mexico 87102
Telephone: (505) 244-0770
Facsimile: (505) 244-9266
eburris@bhfs.com
rnandy@bhfs.com

Jay B. Kasner
Karen Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Jay.Kasner@skadden.com
Karen.Lent@skadden.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Global Markets Inc.*

BARDACKE ALLISON LLP

By: */s/ Benjamin Allison*
Benjamin Allison
141 East Palace Avenue
Santa Fe, NM 87501
Telephone: (505) 995-8000
Facsimile: (505) 672-7037
ben@bardackeallison.com

David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Margaret A. Barone
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ezatz@cahill.com
jhall@cahill.com
mbarone@cahill.com

*Attorneys for Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, and Credit Suisse Capital LLC*

ALLEN LAW FIRM, LLC

By: */s/ Meena H. Allen*
Meena H. Allen
6121 Indian School Road NE, Suite 230
Albuquerque, NM 87110
Telephone:  (505) 298-9400
Facsimile:  (505) 298-7070
mallen@mallen-law.com

John Terzaken
Adrienne V. Baxley
Laurel Fresquez
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone:  (202) 636-5500
Facsimile:  (202) 636-5502
john.terzaken@stblaw.com
adrienne.baxley@stblaw.com
laurel.fresquez@stblaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Andrew G. Schultz*
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

Robert D. Wick
Henry Liu
John S. Playforth
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
rwick@cov.com
hliu@cov.com
jplayforth@cov.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC*

HOLLAND & HART LLP

By: */s/ John C. Anderson*
John C. Anderson
110 N. Guadalupe St., Suite 1
Santa Fe, NM 87507
Telephone: (505) 954-7290
JCAnderson@hollandhart.com

Michael A. Paskin
Lauren M. Rosenberg
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
mpaskin@cravath.com
lrosenberg@cravath.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc, and Morgan Stanley Capital Services LLC*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Andrew G. Schultz*
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicolejerry@linklaters.com

Adam S. Lurie
LINKLATERS LLP
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

*Attorneys for Defendant NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)*