UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS AUCTIONS LITIGATION | Case No.: 1:21-cv-00606-KG-DLM |

**NOTICE OF ORDER REGARDING**
**DEFENDANTS' MOTION TO ENFORCE THE CDS SETTLEMENT**

Pursuant to this Court's Memorandum Opinion and Order [Doc. 230], Defendants in the above-captioned case hereby notify the Court that on January 26, 2024, the United States District Court for the Southern District of New York granted Defendants' November 3, 2023 Motion to Enforce the CDS Settlement and enjoined Plaintiffs "from pursuing any claims against the Banks in the New Mexico Action for any alleged violation of law based on conduct occurring before June 30, 2014." (Order, Dkt. No. 667 at 2.) A copy of the court's Order and separate Opinion and Order are attached hereto as Exhibits A and B.

Dated: February 1, 2024

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _/s/ Andrew G. Schultz_ .
      Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
Email: aschultz@rodey.com

Robert Sperling
Katherine B. Forrest
Staci Yablon
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 373-3000
RSperling@paulweiss.com
SYablon@paulweiss.com
KForrest@paulweiss.com

*Attorneys for Defendants Goldman Sachs & Co. LLC and Goldman Sachs International*


BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Eric R. Burris*

Eric R. Burris
Debashree Nandy
201 Third St. NW, Suite 1800
Albuquerque, New Mexico 87102
Telephone:  (505) 244-0770
Facsimile:  (505) 244-9266
eburris@bhfs.com
rnandy@bhfs.com

Jay B. Kasner
Karen Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:  (917) 777-3000
Jay.Kasner@skadden.com
Karen.Lent@skadden.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Global Markets Inc.*

2

SNELL & WILMER LLP

By: */s/ Gregory J. Marshall*

Gregory J. Marshall
201 Third Street N.W. #500
Albuquerque, New Mexico 87102
Telephone:  602-382-6514
Facsimile:  602-382-6070
E-mail:  gmarshall@swlaw.com

Paul S. Mishkin
Sheila R. Adams
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Fax:  (212) 450-4800
paul.mishkin@davispolk.com
sheila.adams@davispolk.com

*Attorneys for Defendants Bank of America, N.A. and BofA Securities, Inc.*

ATKINSON, BAKER & RODRIGUEZ, P.C.

By: */s/ Douglas A. Baker*

Douglas A. Baker
Justin D. Rodriguez
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
Telephone:  (505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

Jeffrey T. Scott
Matthew J. Porpora
Jonathan S. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

Renata B. Hesse
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW Suite 700
Washington, DC 20006-5215
Telephone:  (202) 956-7500
Facsimile:  (202) 293-6330
hesser@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:    */s/ Andrew G. Schultz*    .
        Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:   (505) 765-5900
Facsimile:   (505) 768-7395
Email:   aschultz@rodey.com

Joshua A. Goldberg
Amy N. Vegari
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
jgoldberg@pbwt.com
avegari@pbwt.com

*Attorneys for Defendants BNP Paribas S.A. and BNP Paribas Securities Corp.*

5

BARDACKE ALLISON LLP

By: */s/ Benjamin Allison*

Benjamin Allison
141 East Palace Avenue
Santa Fe, NM 87501
Telephone:  (505) 995-8000
Facsimile:  (505) 672-7037
ben@bardackeallison.com

David G. Januszewski
Herbert S. Washer
Jason M. Hall
Margaret A. Barone
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone:  (212) 701-3000
Facsimile:  (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
jhall@cahill.com
mbarone@cahill.com

*Attorneys for Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, and Credit Suisse Capital LLC*

ALLEN LAW FIRM, LLC

By: */s/ Meena H. Allen*

Meena H. Allen
6121 Indian School Road NE, Suite 230
Albuquerque, NM 87110
Telephone:  (505) 298-9400
Facsimile:  (505) 298-7070
mallen@mallen-law.com

John Terzaken
Adrienne V. Baxley
Laurel Fresquez
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone:  (202) 636-5500
Facsimile:  (202) 636-5502
john.terzaken@stblaw.com
adrienne.baxley@stblaw.com
laurel.fresquez@stblaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: /s/ Andrew G. Schultz.
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:(505) 765-5900
Facsimile:(505) 768-7395
Email:aschultz@rodey.com

Robert D. Wick
John S. Playforth
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
rwick@cov.com
jplayforth@cov.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC*

HOLLAND & HART LLP

By: */s/ John C. Anderson*

John C. Anderson
110 N. Guadalupe St., Suite 1
Santa Fe, NM 87507
Telephone:  (505) 954-7290
JCAnderson@hollandhart.com

Michael A. Paskin
Lauren M. Rosenberg
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
mpaskin@cravath.com
lrosenberg@cravath.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc, and Morgan Stanley Capital Services LLC*

9

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:    */s/ Andrew G. Schultz*      .
      Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
Email:     aschultz@rodey.com

James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicolejerry@linklaters.com

Adam S. Lurie
LINKLATERS LLP
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

*Attorneys for Defendant NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)*

10