**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| **IN RE: CREDIT DEFAULT SWAPS AUCTIONS LITIGATION** | Case No.:  1:21-cv-00606-KG-DLM |

**NOTICE OF WITHDRAWAL**

ANDREW G. SCHULTZ of the firm Rodey, Dickason, Sloan, Akin & Robb, P.A. gives notice of his withdrawal as counsel of record for Defendants Goldman Sachs & Co. LLC, Goldman Sachs International, BNP Paribas S.A., BNP Paribas Securities Corp., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, and NatWest Markets Securities Inc. in the present matter.  All other counsel of record for Defendants Goldman Sachs & Co. LLC, Goldman Sachs International, BNP Paribas S.A., BNP Paribas Securities Corp., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, and NatWest Markets Securities Inc. shall remain the same.

Dated:  February 5, 2024

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:    /s/ Andrew G. Schultz                          .
        Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:    (505) 765-5900
Facsimile:    (505) 768-7395
Email:        aschultz@rodey.com

Robert Sperling
Katherine B. Forrest
Staci Yablon
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 373-3000
RSperling@paulweiss.com
SYablon@paulweiss.com
KForrest@paulweiss.com

*Attorneys for Defendants Goldman Sachs & Co.*
*LLC and Goldman Sachs International*

RODEY, DICKASON, SLOAN, AKIN & ROBB,
P.A.

By:     */s/ Andrew G. Schultz*                            .
            Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:      (505) 765-5900
Facsimile:      (505) 768-7395
Email:            aschultz@rodey.com

Joshua A. Goldberg
Amy N. Vegari
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2000
jgoldberg@pbwt.com
avegari@pbwt.com

*Attorneys for Defendants BNP Paribas S.A. and*
*BNP Paribas Securities Corp.*

2

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:    */s/ Andrew G. Schultz*                    .
           Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:    (505) 765-5900
Facsimile:    (505) 768-7395
Email:          aschultz@rodey.com

Robert D. Wick
John S. Playforth
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
rwick@cov.com
jplayforth@cov.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC*

3

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: ___/s/ Andrew G. Schultz_____.
      Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:    (505) 765-5900
Facsimile:    (505) 768-7395
Email:       aschultz@rodey.com

James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicolejerry@linklaters.com

Adam S. Lurie
LINKLATERS LLP
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone:  (202) 654-9227
adam.lurie@linklaters.com

*Attorneys for Defendant NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)*

4