UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS AUCTIONS LITIGATION | Case No.: 1:21-cv-00606-KJG-GJF |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Paul S. Mishkin is no longer associated with the law firm of Davis Polk & Wardwell LLP as of December 31, 2024. Davis Polk & Wardwell LLP and Snell & Wilmer LLP continue to serve as counsel for Defendants Bank of America, N.A., BofA Securities, Inc., and Merrill Lynch & Co., Inc. and hereby respectfully request that Mr. Mishkin's appearance as counsel for these Defendants be withdrawn.

Dated: January 8, 2025

SNELL & WILMER LLP

By: /s/*Gregory J. Marshall*
Gregory J. Marshall
201 Third Street N.W. #500
Albuquerque, NM 87102
Telephone: 602-382-6514
Facsimile: 602-382-6070
gmarshall@swlaw.com

Sheila R. Adams James
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
sheila.adams@davispolk.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2025, the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.


SNELL & WILMER LLP


By: /s/ *Gregory J. Marshall*
　　*Gregory J. Marshall*