**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| |
|---|
| **IN RE: CREDIT DEFAULT SWAPS AUCTIONS LITIGATION** |

Case No.: 1:21-cv-00606-KG-DLM

**STIPULATION AND ORDER**
**REGARDING BRIEFING SCHEDULE FOR 12(C) MOTION**

Plaintiffs New Mexico State Investment Council, Public Employees Retirement Association of New Mexico, and the New Mexico Educational Retirement Board (together, "Plaintiffs") and Defendants Bank of America, N.A., BofA Securities, Inc., Barclays Bank PLC, Barclays Capital Inc., BNP Paribas S.A., BNP Paribas Securities Corp., Citibank, N.A., Citigroup Global Markets Inc., Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Capital LLC, Deutsche Bank AG, Deutsche Bank Securities Inc., Goldman Sachs & Co. LLC, Goldman Sachs International, JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc, Morgan Stanley Capital Services LLC, NatWest Markets Securities Inc. (together, "Defendants"), by and through their respective undersigned counsel, and subject to this Court's approval, agree and stipulate as follows:

WHEREAS, on February 4, 2022, Plaintiffs filed an amended complaint in this Action (the "First Amended Complaint");

WHEREAS, on October 10, 2025, Defendants filed a motion for judgment on the pleadings on Plaintiffs' First Amended Complaint (the "12(c) Motion");

WHEREAS, pursuant to Rule 7.4(a) of the Local Rules of Civil Procedure for the United States District Court for the District of New Mexico, Plaintiffs and Defendants have agreed to

the below schedule for Plaintiffs to file their opposition to Defendants' 12(c) Motion and for Defendants to file a reply to Plaintiffs' opposition.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The parties agree Plaintiffs will file their opposition to the 12(c) Motion on or before November 20, 2025.

2. The parties agree Defendants will file their reply to the Plaintiffs' opposition on or before December 18, 2025.

3. This stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile or .pdf form, each of which shall be deemed an original. This stipulation, once fully executed, may be submitted to the Court without further notice to any party.

4. This stipulation supersedes and takes the place of the deadlines set forth in Rule 7.4(a) of the Local Rules of Civil Procedure for the United States District Court for the District of New Mexico.

SO ORDERED,

                              /s/Kenneth J. Gonzales_____
                              CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Dated: October 24, 2025

Respectfully submitted,

RAÚL TORREZ
NEW MEXICO ATTORNEY GENERAL

Julie Ann Meade
Deputy Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Tel. (505) 490-4885
jmeade@nmdoj.gov

*Counsel for Plaintiffs SIC, PERA, and ERB*

KIRBY McINERNEY LLP

By: */s/ David E. Kovel*

David E. Kovel
Karen M. Lerner
Andrew M. McNeela
Thomas L. Popejoy
250 Park Avenue, Suite 820
New York, NY 10177
Tel. (212) 371-6600
dkovel@kmllp.com
klerner@kmllp.com
amcneela@kmllp.com
tpopejoy@kmllp.com

*Interim Co-Lead Counsel for the Class*

GILBERT LLP

By: */s/ Richard J. Leveridge*

Richard J. Leveridge
Chris Leonardo
Alison D. Gaske
Ethan H. Kaminsky
Chelsea Krzaczek
700 Pennsylvania Avenue, SE Suite 400
Washington, D.C. 20003
Tel. (202) 772-2301
leveridger@GilbertLegal.com
leonardoc@GilbertLegal.com

3

gaskea@GilbertLegal.com
kaminskye@GilbertLegal.com
krzaczekc@GilbertLegal.com

*Interim Co-Lead Counsel for the Class*

BERGER MONTAGUE PC

By: */s/ Michael Dell'Angelo*

Michael Dell'Angelo
Michael J. Kane
Candice J. Enders
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. (215) 875-3080
mdellangelo@bm.net
mkane@bm.net
cenders@bm.net

FARRA & WANG PLLC

Adam H. Farra
Times Wang
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
Tel. (202) 505-5989
afarra@farrawang.com
twang@farrawang.com

*Counsel for the Plaintiffs SIC, PERA, ERB and the Class*

4

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Charles K. Purcell*

Charles K. Purcell
Melanie B. Stambaugh
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
kpurcell@rodey.com,
mstambaugh@rodey.com

Robert Sperling
Staci Yablon
William Michael
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
RSperling@paulweiss.com
SYablon@paulweiss.com
wmichael@paulweiss.com

*Attorneys for Defendants Goldman Sachs & Co. LLC and Goldman Sachs International*

5

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Eric R. Burris*

Eric R. Burris
Debashree Nandy
201 Third St. NW, Suite 1800
Albuquerque, New Mexico 87102
Telephone: (505) 244-0770
Facsimile: (505) 244-9266
eburris@bhfs.com
rnandy@bhfs.com

Jay B. Kasner
Karen Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Jay.Kasner@skadden.com
Karen.Lent@skadden.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Global Markets Inc.*

SNELL & WILMER LLP

By: */s/ Gregory J. Marshall*

Gregory J. Marshall
201 Third Street N.W. #500
Albuquerque, New Mexico 87102
Telephone:  602-382-6514
Facsimile:  602-382-6070
E-mail:  gmarshall@swlaw.com

Sheila R. Adams James
Arthur J. Burke
Christopher Lynch
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Fax:  (212) 450-4800
sheila.adams@davispolk.com
arthur.burke@davispolk.com
christopher.lynch@davispolk.com

*Attorneys for Defendants Bank of America, N.A. and BofA Securities, Inc.*

ATKINSON, BAKER & RODRIGUEZ, P.C.

By: */s/ Douglas A. Baker*

Douglas A. Baker
Justin D. Rodriguez
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
Telephone: (505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

Jeffrey T. Scott
Matthew J. Porpora
Jonathan S. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

Renata B. Hesse
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW Suite 700
Washington, DC 20006-5215
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
hesser@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Charles K. Purcell*

Charles K. Purcell
Melanie B. Stambaugh
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
kpurcell@rodey.com
mstambaugh@rodey.com

Joshua A. Goldberg
Amy N. Vegari
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
jgoldberg@pbwt.com
avegari@pbwt.com

*Attorneys for Defendant BNP Paribas S.A. and BNP Paribas Securities Corp.*

BARDACKE ALLISON MILLER LLP

By: */s/ Benjamin Allison*

Benjamin Allison
141 East Palace Avenue
Santa Fe, NM 87501
Telephone: (505) 995-8000
Facsimile: (505) 672-7037
ben@bardackeallison.com

David G. Januszewski
Herbert S. Washer
Jason M. Hall
Margaret A. Barone
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
jhall@cahill.com
mbarone@cahill.com

*Attorneys for Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, and Credit Suisse Capital LLC*

ALLEN LAW FIRM, LLC

By: */s/ Meena H. Allen*

Meena H. Allen
6121 Indian School Road NE, Suite 230
Albuquerque, NM 87110
Telephone: (505) 298-9400
Facsimile: (505) 298-7070
mallen@mallen-law.com

John Terzaken
Adrienne V. Baxley
Laurel Fresquez
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
john.terzaken@stblaw.com
adrienne.baxley@stblaw.com
laurel.fresquez@stblaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Charles K. Purcell*

Charles K. Purcell
Melanie B. Stambaugh
P.O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
kpurcell@rodey.com
mstambaugh@rodey.com

Robert D. Wick
John S. Playforth
Shadman Zaman
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
rwick@cov.com
jplayforth@cov.com
szaman@cov.com

Kyle W. Chow
30 Hudson Yards
New York, NY 10001-2170
Telephone: (212) 841-1000
kchow@cov.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC*

HOLLAND & HART LLP

By: */s/ John C. Anderson*

John C. Anderson
110 N. Guadalupe St., Suite 1
Santa Fe, NM 87507
Telephone: (505) 954-7290
JCAnderson@hollandhart.com

Michael A. Paskin
Lauren M. Rosenberg
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
mpaskin@cravath.com
lrosenberg@cravath.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, Morgan Stanley & Co. International plc, and Morgan Stanley Capital Services LLC*

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

        By: */s/ Charles K. Purcell*

        Charles K. Purcell
        Melanie B. Stambaugh
        P.O. Box 1888
        Albuquerque, NM 87103
        Telephone: (505) 765-5900
        Facsimile: (505) 768-7395
        kpurcell@rodey.com
        mstambaugh@rodey.com

        James R. Warnot, Jr.
        Patrick C. Ashby
        Nicole E. Jerry
        LINKLATERS LLP
        1290 Avenue of the Americas
        New York, New York 10104
        Telephone: (212) 903-9000
        james.warnot@linklaters.com
        patrick.ashby@linklaters.com
        nicolejerry@linklaters.com

        Adam S. Lurie
        LINKLATERS LLP
        601 13th St. NW
        Suite 400
        Washington, DC 20005
        Telephone: (202) 654-9227
        adam.lurie@linklaters.com

        *Attorneys for Defendant NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)*