**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| **IN RE: CREDIT DEFAULT SWAPS AUCTIONS LITIGATION** | **Case No.: 1:21-cv-00606-KG/DLM** |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

THIS MATTER, having come before the Court on the Unopposed Motion for Withdrawal and Substitution of Counsel (Doc. 268) filed by Defendants Goldman Sachs & Co. LLC, Goldman Sachs International ("Goldman Sachs Defendants"), JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC ("JPMorgan Defendants"), and the Court, being fully advised in the premises, finds that the Motion is well taken.

IT IS THEREFORE ORDERED that the law firm of Rodey, Dickason, Sloan, Akin & Robb, P.A. ("Rodey Firm") be and hereby is allowed to withdraw as counsel of record for the Goldman Sachs and JPMorgan Defendants in this matter.

IT IS FURTHER ORDERED that the law firm of Holland & Hart LLP (John C. Anderson) be and hereby is permitted to substitute for the Rodey Firm as co-counsel for both the Goldman Sachs Defendants (also represented by the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP) and the JPMorgan Defendants (also represented by the law firm of Covington & Burling LLP).

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:

*/s/ John C. Anderson*

John C. Anderson
HOLLAND & HART LLP
215 Lincoln Ave., Suite 100
Santa Fe, NM 87501
(505) 988-4421
jcanderson@hollandhart.com